E. MARTIN ESTRADA
United States Attorney
MACK E. JENKINS
Assistant United States Attorney
Chief, Criminal Division
CHARLES E. PELL (Cal. Bar No. 210309)
Santa Ana Branch Office
JONATHAN GALATZAN
Assistant United States Attorney
Chief, Asset Forfeiture & Recovery Section
TARA B. VAVERE (Cal. Bar No. 279470)
Assistant United States Attorney
Asset & Recovery Forfeiture Section
    1100 United States Courthouse
    312 North Spring Street
    Los Angeles, California 90012
    Telephone: (213) 894-5901
    Facsimile: (213) 894-6269
    E-mail:    Tara.Vavere@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA,<br><br>       Plaintiff,<br><br>          v.<br><br>ANDREW HOANG DO,<br><br>       Defendant. | No. 8:24-CR-00126-JVS<br><br>**NOTICE OF GOVERNMENT'S RECORDED LIS PENDENS** |
|---|---|

Pursuant to Section 405.22 of the California Code of Civil Procedure, plaintiff United States of America hereby files with the Court copies of the Lis Pendens which were recorded against real properties located in Tustin, California (Exhibit A) and Santa Ana, California (Exhibit B) with the Office of the County Recorder for Orange County.

Dated: November 5, 2024            Respectfully submitted,

E. MARTIN ESTRADA
United States Attorney
MACK E. JENKINS
Assistant United States Attorney
Chief, Criminal Division
CHARLES E. PELL
Santa Ana Branch Office
JONATHAN GALATZAN
Assistant United States Attorney
Chief, Asset Forfeiture and Recovery Section

         /s/
TARA B. VAVERE
Assistant United States Attorney
Asset Forfeiture and Recovery Section

Attorneys for Plaintiff
UNITED STATES OF AMERICA