Recorded in Official Records, Orange County
Hugh Nguyen, Clerk-Recorder

NO FEE

‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖
* $ R 0 0 1 5 2 2 7 0 7 4 $ *

**2024000283053 11:43 am 10/30/24**

**380 EX26A L08    5**

0.00 0.00 0.00 0.00 12.00 0.00 0.000.000.00 0.00

**Recording Requested By: Simplifile**

**When Recorded Mail To**:
NAME: Helen Wu, Senior Paralegal (FSA)
MAILING ADDRESS:
U.S. Attorney's Office
Asset Forfeiture & Recovery Section
312 N. Spring Street, 11th Floor
Los Angeles, CA 90012

SPACE ABOVE THIS LINE RESERVED FOR RECORDER'S USE

# LIS PENDENS

Please Note: Exempt from the fee per GC 27388.1(a)(2); executed or recorded by a government agency.

3                                                        EXHIBIT A

E. MARTIN ESTRADA
United States Attorney
MACK E. JENKINS
Assistant United States Attorney
Chief, Criminal Division
CHARLES E. PELL (Cal. Bar No. 210309)
Santa Ana Branch Office
JONATHAN GALATZAN
Assistant United States Attorney
Chief, Asset Forfeiture & Recovery Section
TARA B. VAVERE (Cal. Bar No. 279470)
Assistant United States Attorney
Asset & Recovery Forfeiture Section
       1100 United States Courthouse
       312 North Spring Street
       Los Angeles, California 90012
       Telephone: (213) 894-5901
       Facsimile: (213) 894-6269
       E-mail:   Tara.Vavere@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

                  UNITED STATES DISTRICT COURT

                FOR THE CENTRAL DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,           No. 8:24-CR-00126-JVS

         Plaintiff,                 **LIS PENDENS**

              v.

ANDREW HOANG DO,

         Defendant.

─────────────────────────────

 RHIANNON MINH CHAU DO,

         Titleholder.


     NOTICE IS HEREBY GIVEN that the foregoing action has been

commenced and is now pending in the United States District Court for

the Central District of California between the parties above-named.

As part of that action, the United States may seek the forfeiture of

real property (the "Subject Property") located at ▬▬▬▬▬▬

**4**                                              **EXHIBIT A**

1    ▮▮▮  Tustin, California ▮▮▮  in Orange County, State of

2    California, Assessor Parcel Number 401-481-18, and is more

3    particularly described as follows:

4        LOT 19 OF TRACT NO. 2407, IN THE COUNTY OF ORANGE, STATE OF
         CALIFORNIA, AS PER MAP RECORDED IN BOOK 66, PAGES 48 AND 49
5        OF MISCELLANEOUS MAPS, IN THE OFFICE OF THE COUNTY RECORDER
         OF SAID COUNTY.

6
         APN 401-481-18
7
         For further information concerning the forfeiture, reference may
8
    be had to the records of the Clerk of the Court for the United States
9
    District Court at Los Angeles, California.
10
         Title to the Subject Property is recorded in the name of
11
    Rhiannon Minh Chau Do, a single woman.
12
     Dated: October 30, 2024              Respectfully submitted,
13
                                          E. MARTIN ESTRADA
14                                        United States Attorney
                                          MACK E. JENKINS
15                                        Assistant United States Attorney
                                          Chief, Criminal Division
16                                        JONATHAN GALATZAN
                                          Assistant United States Attorney
17                                        Chief, Asset Forfeiture & Recovery
                                          Section
18
19                                        _____
                                          TARA B. VAVERE
20                                        Assistant United States Attorney
                                          Asset Forfeiture & Recovery Section
21
                                          Attorneys for Plaintiff
22                                        UNITED STATES OF AMERICA
23
24
25
26
27
28

                                    5                        **EXHIBIT A**

<u>PROOF OF SERVICE BY CERTIFIED MAIL</u>

I am over the age of 18 and I am not a party to the above-titled action.  I am employed by Office of the United States Attorney for the Central District of California.  My business address is 312 North Spring Street, 11th Floor, Los Angeles, California 90012.

On **October 30, 2024,** I served a copy of **<u>LIS PENDENS</u>,** on each person or entity named below by enclosing a copy in an envelope addressed as shown below and placing the envelope for collection and mailing by certified mail, return receipt requested, on the date and at the place shown below following our ordinary office practices.

TO: **SEE SERVICE LIST**

I am readily familiar with the practice of this office for collection and processing correspondence for mailing.  On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service in a sealed envelope with postage fully prepaid.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on: <u>October 30, 2024</u> at Los Angeles, California.

**CECILIA PALACIOS, Paralegal**

**EXHIBIT A**

1                              <u>SERVICE LIST</u>

2    EMET Mortgage
     2601 Saturn Street, Suite 200
3    Brea, CA 92821

4    Current Resident
     ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓
5    Tustin, CA ▓▓▓▓▓▓▓

6    Rhiannon Minh Chau Do
     c/o David W. Wiechert
7    Jessica C. Munk
     Wiechert, Munk, & Goldstein, PC
8    400 MacArthur Blvd, Suite 600 East Tower
     Newport Beach, CA 92660

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

EXHIBIT A