| | |
|---|---|
| **Recording Requested By: Simplifile**<br>**When Recorded Mail To**:<br>NAME: Helen Wu, Senior Paralegal (FSA)<br>MAILING ADDRESS:<br>U.S. Attorney's Office<br>Asset Forfeiture & Recovery Section<br>312 N. Spring Street, 11th Floor<br>Los Angeles, CA 90012 | Recorded in Official Records, Orange County<br>Hugh Nguyen, Clerk-Recorder<br>\*$R0015227124$\*  22.00<br>2024000283076 11:53 am 10/30/24<br>9 NC-5 L08    6<br>0.00 0.00 0.00 0.00 15.00 0.00 0.000.000.00 0.00 |

SPACE ABOVE THIS LINE RESERVED FOR RECORDER'S USE

# LIS PENDENS

Please Note: Exempt from the fee per GC 27388.1(a)(2); executed or recorded by a government agency.

```
 1  E. MARTIN ESTRADA
    United States Attorney
 2  MACK E. JENKINS
    Assistant United States Attorney
 3  Chief, Criminal Division
    CHARLES E. PELL (Cal. Bar No. 210309)
 4  Santa Ana Branch Office
    JONATHAN GALATZAN
 5  Assistant United States Attorney
    Chief, Asset Forfeiture & Recovery Section
 6  TARA B. VAVERE (Cal. Bar No. 279470)
    Assistant United States Attorney
 7  Asset & Recovery Forfeiture Section
         1100 United States Courthouse
 8       312 North Spring Street
         Los Angeles, California 90012
 9       Telephone: (213) 894-5901
         Facsimile: (213) 894-6269
10       E-mail:    Tara.Vavere@usdoj.gov

11  Attorneys for Plaintiff
    UNITED STATES OF AMERICA
12
```

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA,  Plaintiff,  v.  ANDREW HOANG DO,  Defendant. | No. 8:24-CR-00126-JVS  **LIS PENDENS** |
|---|---|
| ALOHA FINANCIAL INVESTMENT, INC.,  Titleholder. | |

NOTICE IS HEREBY GIVEN that the foregoing action has been commenced and is now pending in the United States District Court for the Central District of California between the parties above-named. As part of that action, the United States may seek the forfeiture of real property (the "Subject Property") located at ▇▇▇▇▇▇▇▇, Santa Ana, California ▇▇▇▇ in Orange County, State of California,

1  Assessor Parcel Number 198-133-05, and is more particularly described
2  as follows:
3          THE LAND REFERRED TO HEREIN BELOW IS SITUATED IN THE CITY
           OF SANTA ANA, COUNTY OF ORANGE, STATE OF CALIFORNIA AND IS
4          DESCRIBED AS FOLLOWS:
5          PARCEL 1:
6          THAT PORTION OF THE NORTHWEST QUARTER OF THE NORTHWEST
           QUARTER OF THE NORTHWEST QUARTER OF SECTION 11, IN TOWNSHIP
7          5 SOUTH, RANGE 10 WEST, IN THE RANCHO LAS BOLSAS, AS PER
           MAP RECORDED IN BOOK 51, PAGE 12 OF MISCELLANEOUS MAPS, IN
8          THE OFFICE OF THE COUNTY RECORDER OF SAID COUNTY, DESCRIBED
           AS FOLLOWS:
9
           BEGINNING AT A POINT ON THE NORTH LINE OF SAID SECTION, 245
10         FEET EAST OF THE NORTHWEST CORNER OF SAID SECTION; THENCE
           SOUTH PARALLEL WITH THE WEST LINE OF SAID SECTION 200 FEET;
11         THENCE EAST PARALLEL WITH THE NORTH LINE OF SAID SECTION,
           60 FEET; THENCE NORTH PARALLEL WITH SAID WEST LINE, 200
12         FEET TO SAID NORTH LINE; THENCE WEST 60 FEET TO THE POINT
           OF BEGINNING.
13
           EXCEPT ONE-HALF OF ALL OIL, GAS, ASPHALTUM OR KINDRED
14         SUBSTANCES IN, UPON, OR UNDER SAID LAND.
15         PARCEL 2:
16         THAT PORTION OF THE NORTHWEST QUARTER OF THE NORTHWEST
           QUARTER OF THE NORTHWEST QUARTER OF SECTION 11, IN TOWNSHIP
17         5 SOUTH, RANGE 10 WEST, IN THE RANCHO LAS BOLSAS, AS PER
           MAP RECORDED IN BOOK 51, PAGE 12 OF MISCELLANEOUS MAPS, IN
18         THE OFFICE OF THE COUNTY RECORDER OF SAID COUNTY, DESCRIBED
           AS FOLLOWS:
19
           BEGINNING AT A POINT ON THE NORTH LINE OF SAID SECTION,
20         245.00 FEET EAST OF THE NORTHWEST CORNER OF SAID SECTION,
           THENCE SOUTH PARALLEL WITH THE WEST LINE OF SAID SECTION,
21         200.00 FEET; THENCE EAST PARALLEL WITH THE NORTH LINE OF
           SAID SECTION, 95.00 FEET; THENCE NORTHEASTERLY IN A DIRECT
22         LINE TO A POINT WHICH IS 40.00 FEET SOUTH MEASURED ALONG A
           LINE PARALLEL TO THE WEST LINE OF SAID SECTION, FROM A
23         POINT IN THE NORTH LINE OF SAID SECTION, 365.00 FEET EAST
           OF THE NORTHWEST CORNER OF SAID SECTION; THENCE NORTH ALONG
24         SAID PARALLEL LINE 40.00 FEET TO A POINT ON THE NORTH LINE
           OF SAID SECTION; WEST 120.00 FEET TO THE POINT OF
25         BEGINNING.
26         EXCEPT THEREFROM THE WEST 60.00 FEET.
27         ALSO EXCEPT THEREFROM ONE-HALF OF ALL OIL, GAS, ASPHALTUM,
           OR KINDRED SUBSTANCES IN, UPON, OR UNDER SAID PREMISES AS
28         EXCEPTED IN THE DEED FROM CHARLES MENDENHALL, AND NELLIE G.

MENDENHALL, HUSBAND AND WIFE, RECORDED MAY 13, 1922 IN BOOK 423, PAGE 145, DEEDS.

APN 198-133-05

For further information concerning the forfeiture, reference may be had to the records of the Clerk of the Court for the United States District Court at Los Angeles, California.

Title to the Subject Property is recorded in the name of Aloha Financial Investment, Inc., a California Corporation.

Dated: October 30, 2024                Respectfully submitted,

E. MARTIN ESTRADA
United States Attorney
MACK E. JENKINS
Assistant United States Attorney
Chief, Criminal Division
JONATHAN GALATZAN
Assistant United States Attorney
Chief, Asset Forfeiture & Recovery Section

_____
TARA B. VAVERE
Assistant United States Attorney
Asset Forfeiture & Recovery Section

Attorneys for Plaintiff
UNITED STATES OF AMERICA

**PROOF OF SERVICE BY CERTIFIED MAIL**

I am over the age of 18 and I am not a party to the above-titled action.  I am employed by Office of the United States Attorney for the Central District of California.  My business address is 312 North Spring Street, 11th Floor, Los Angeles, California 90012.

On **October 30, 2024,** I served a copy of **LIS PENDENS**, on each person or entity named below by enclosing a copy in an envelope addressed as shown below and placing the envelope for collection and mailing by certified mail, return receipt requested, on the date and at the place shown below following our ordinary office practices.

TO:  **SEE SERVICE LIST**

I am readily familiar with the practice of this office for collection and processing correspondence for mailing.  On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service in a sealed envelope with postage fully prepaid.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on: **October 30, 2024** at Los Angeles, California.

_/s/ Cecilia Palacios_
CECILIA PALACIOS, Paralegal

**SERVICE LIST**

Aloha Financial Investment, Inc.
c/o Thu Thao Vu, Registered Agent
███████████████████████,
Fountain Valley, CA ████

Aloha Financial Investment, Inc.
c/o Van Tran, Esq.
1502 N Broadway
Santa Ana, CA 92706