cc: USPPO

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>  v.<br><br>ANDREW HOANG DO,<br><br>    Defendant. | Case No. 8:24-cr-00126-JVS<br><br>**ORDER TO CONTINUE SENTENCING HEARING [25]** |

Upon Stipulation of the parties, and for good cause shown, IT IS ORDERED that sentencing in this matter be continued to June 9. 2025 at 10:00 a.m.

Dated: February 25, 2025     By: _____
                                 Honorable James V. Selna
                                 UNITED STATES DISTRICT JUDGE