FILED
CLERK, U.S. DISTRICT COURT
6/6/25
CENTRAL DISTRICT OF CALIFORNIA
BY: eva DEPUTY

# UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| United States of America, | 8:24-cr-00126-JVS |
| Plaintiff, | |
| vs. | |
| | VICTIM IMPACT STATEMENTS |
| Andrew Hoang Do, | |
| Defendant, | |



**CỘNG ĐỒNG NGƯỜI VIỆT QUỐC GIA NAM CALIFORNIA**
**VIETNAMESE AMERICAN FEDERATION OF SOUTHERN CALIFORNIA**

June 4th, 2025

**The Honorable James V. Selna**

**United States District Court**
**Central District of California**
Ronald Reagan Federal Building
411 West Fourth Street, Courtroom 10C

Santa Ana, CA, 92701-4516

**Re: Statement Regarding Former Supervisor Andrew Do and the Impact on Our Organization**

Dear Judge Selna,

I am writing on behalf of the Vietnamese American Federation of Southern California to share how our organization, and the vulnerable people we serve, were hurt during the COVID-19 pandemic, and how former Supervisor Andrew Do's actions made things worse.

Our nonprofit has supported the Vietnamese community in Orange County for many years. We are often the only help available for seniors who live alone, speak little English, and have no family nearby. We visit seniors in nursing homes, assist the homeless, and help people apply for Section 8 housing in their own language. We also organize major cultural events like the Tet Parade and the Black April memorial ceremony to preserve our community's history and bring people together. We run workshops to help families understand government forms and services they wouldn't be able to access otherwise.

When the pandemic began, we had to shut down our office and cancel our annual fundraising gala. Without that income, we couldn't keep our services going. We looked for help, but we never heard from the County about any funding available for groups like ours. Later, we found out that Supervisor Andrew Do gave millions in public funds to a nonprofit run by his daughter, without a fair or open process for other groups to apply.

This wasn't just about money, it was about fairness. Our community has serious needs, and our organization knows how to meet them. But we were shut out, while those with personal connections were supported.

I respectfully ask the Court to consider how Mr. Do's actions harmed real people. Our seniors, our families, and our nonprofit suffered. This is not because we failed to serve, but because we were never given a fair opportunity. We weren't asking for special treatment, just a fair chance to keep helping the community we serve.

Sincerely,

*[signature]*

Phat Bui, Chairman
Vietnamese American Federation of Southern California

Cc: Orange County Board of Supervisors

Judge James Selna
attn: Court Clerk
USA vs. Andrew Do 8:24-cr-00126



**The Honorable James V. Selna**
**United States District Court**
**Central District of California**
Ronald Reagan Federal Building
411 West Fourth Street, Courtroom 10C
Santa Ana, CA, 92701-4516

**RE: Victim Impact Statement - Andrew Hoang Do's Sentencing Consideration**

Dear Judge Selna,

My name is Connie Nguyen, an active community member and small business owner in Orange County. I am writing to share my personal experience as a victim of unethical and deceptive practices by former Supervisor Andrew Do during his time in office.

In November 2015, I received a call from Andrew Do, who was serving as a County Supervisor. He asked me to assist with the upcoming 2016 Tet Festival. He then introduced me to Tuan Nguyen and instructed me to work closely with him. We were to collaborate on all festival-related matters and make sure Andrew was informed of every decision and discussion.

Andrew and Tuan assigned me the responsibility of organizing three days of entertainment for the festival, scheduled for February 12, 13, and 14. I was given a budget of $36,000 to manage all aspects of the entertainment segment. In addition, they offered me a 15 percent commission for any sponsors I successfully brought in. I was also asked to cover all expenses up front with my own money, including printing, designing, marketing, and other festival-related costs. The total amount owed to me for entertainment and miscellaneous costs was $42,430, plus $5,850 in commission for bringing in sponsors.

My role eventually expanded far beyond entertainment. I ended up helping with nearly all aspects of the festival and dedicated three months of work without any additional compensation. Despite all my contributions, I never received any deposit.

On February 12, 2016, just before the entertainment program began, I told Andrew that Tuan had not given me the promised deposit and that I would not start the program without it. Andrew told me not to worry and said, "I will take care of you." I trusted him, both as a Supervisor and as a friend, so I moved forward with the three-day program and paid all entertainers out of my own pocket, believing I would be reimbursed afterward as promised.

After the festival ended, I followed up several times asking for payment. I kept being told, "We will pay next week." Eventually, I received $6,430 and two checks for $10,000 each. Both checks bounced.

Around May, Andrew's friend Dung, the owner of Saigon City Market, asked my husband John to meet him and Andrew at the market. At that meeting, Andrew promised my husband, in front

of Dung, that he would repay us and just needed more time. He specifically said he would pay us after the election. Knowing that I only had six months to sue him, Andrew still told us to wait. We agreed, hoping he would follow through. Before the election, Tuan issued us a check for $10,000 and also promised additional payments afterward. However, no further payments were ever made. All we received were more empty promises.

To this day, we are still owed the money.

What happened to us was not just a matter of broken promises. Andrew Do used his position of power to delay repayment, knowing that time was running out for us to file a legal claim. His actions caused us serious financial and emotional stress. I gave three months of my time and thousands of dollars, and in return I was misled, underpaid, and dismissed by someone who held public office and had asked for my help. Instead of fulfilling his promise to repay me, Mr. Do directed public and private funds to line the pockets of his family and close associates. To make matters worse, Mr. Do has never shown any remorse or taken responsibility for his actions.

I respectfully ask the Court to consider how Andrew Do's actions affected me and my family. We were not asking for favors, only for what was promised and owed.

Sincerely,

*[signature]*

Connie Nguyen

2

Judge James Selna
attn: Court Clerk
US v. Andrew Do   8:24-cr-00126



The Honorable James V. Selna
United States District Court
Central District of California
Ronald Reagan Federal Building
411 West Fourth Street, Courtroom 10C
Santa Ana, CA 92701-4516

Re: Victim Impact Statement – Saigon Radio Hai Ngoai, Inc.

Dear Judge Selna,

My name is Julie Nguyen, the President for **Saigon Radio Hai Ngoai, Inc**, located at 14541 Brookhurst Street, Suite C8, Westminster, California. Our radio station has long served the Vietnamese American community in Orange County by providing trusted local programming, public service announcements, and community news in our native language.

Unfortunately, our company was financially harmed as a result of former Supervisor Andrew Do's actions in connection with the **2016 Tet Festival**. Mr. Do engaged our station for advertising services to promote the event but **failed to fulfill his payment obligations**. We aired the agreed-upon advertisements in good faith, believing that an elected official and community leader would honor his commitment.

Despite multiple follow-ups, we were never paid. As reflected in the attached invoice, the **outstanding balance of $1,725** remains unpaid to this day. These funds represent real losses to our small business, which operates with limited resources and depends on timely payment from clients to sustain our programming and staff.

To date, Mr. Do has not offered any explanation, apology, or attempt to resolve this debt. He has shown no remorse for the financial harm caused, and our experience mirrors a broader pattern of broken promises and preferential treatment that has hurt other trusted community institutions.

We respectfully ask the Court to consider how Mr. Do's misuse of public trust and failure to uphold basic business obligations impacted community-based organizations like ours. Should the Court or your office require further information, we can be reached at (714) 775-9042.

Sincerely,

Julie Nguyen
President
Saigon Radio Hai Ngoai, Inc
14541 Brookhurst Street, Suite C8
Westminster, CA 92683

1

**SAIGON RADIO HAI NGOAI 106.3FM**

14541 BROOKHURST ST SUITE C8
WESTMINSTER, CA 92683
PHONE: 714-775-9042
EMAIL: SAIGONRADIO@GMAIL.COM

# Invoice

| Date | Invoice # |
|---|---|
| 1/5/2016 | 23741 |

**Bill To**

HOI CHO TET FESTIVAL 2016
TUAN NGUYEN
ANDREW DO

| P.O. No. | Terms | Project |
|---|---|---|
|  | Net 30 |  |

| Item | Qty | Description | Rate | Amount |
|---|---|---|---|---|
| ADVERTISING | 69 | *01/05 TO 01/31/16*MON TO SAT* *3 SPOTS; D; $25.00 X 69 SPOTS* *HOI CHO TET CONG DONG* | 25.00 | 1,725.00 |

Thank you for your business.

**Total** $1,725.00

Judge James Selna
attn: Court Clerk
USA vs. Andrew Do
8:24-cr-00126

RECEIVED
CLERK, U.S. DISTRICT COURT
JUN - 6 2025
CENTRAL DISTRICT OF CALIFORNIA
BY                    DEPUTY